Attention Sharon Wilky

Case Number 10-1404

Motion For A Seal
U.S. Court of Appeals

Plaintiff
George Alexander Yarfo
vs
Defendants
Jean Jaques Gibson
Henry Benson
Luis Calex
Reginald Franklin

Motion for Seal

I previously requested in the bottom court for a seal. I claim pauperis because I didn't have enough income and still dont. I work straight commission. I'm requesting for there to be a seal on this case for there reasons: I was harassed by phone, where my number was out for public viewing, along with my address and a video made on the internet about how to get to my house. Also, I've received sexual, distasteful items through my mail in my mailbox. I've been stalked and open information has been exposed about me on the internet. For my privacy, sanity and security, I'm requesting the courts to seal any future info in relations to this case for previous given reasons. I'm thanking the courts in advance for cooperation in this matter.

Sincerely George Alexander Yarfo

George Alexander Yarfo