RECEIVED
2010 JUN -7 PM 2:48
U.S. COURT OF APPEALS
FOURTH CIRCUIT

FILED
JUN - 7 2010
US Court of Appeals
4th Circuit

United States Court of Appeals For the Fourth Circuit Court

1100 East Main Street   5th floor

Richmond Virginia   23219

Case Number 10-1404-CV-00143-JRS

George Alexander Yarid   Plaintiff   vs

Defendants   Jean Jack Gibson

Luis B. Calex

Harry Benson

Reginald Franklin

To whom it may concern and or to the existing Judge handling this case,

I have several concerns pertaining to this case and ask the court to please understand my hardship and know that I have and will give the facts to the best of my ability, as they pertain to this case. Knowing that I'm not an attorney and will give the facts as they are. These four defendants in question have stolen intellectual property that I have created and placed several videos from my television show on Youtube and other internet sites without written or verbal permission from me. These individuals might have perjured themselves by not giving their true accurate information about their identity on these counter notifications. The jurisdiction takes place here in Richmond, since I reside here in this vicinity. I'm asking for the fourth circuit court to render a decision on this matter with the facts listed and without prejudice. This letter is being written on June 5th, 2010 with the original petition to the courts below created on March 10th, 2010. The case was appealed when this case was never tried in its entirety by the downstairs courts.

Issue for Review===   My television show was being distributed on the internet and other sites without my permission. I'm the sole creator and author of this program, George Alexander Yarid and my intellectual property was compromised for copyrighted infringement. The law talks about fixation, anything that is shown with repetitive and continuous showing, can fall in the lines of copyright material if the author is not authorizing a reairing of the show. This doesn't fall under fair use or parody, because once again the item has been reproduce without written or verbal consent. These defendants abused the system as well as the guidelines of Youtube . The company removed them, and they would reupload them under other erroneous fake accounts. This has become also abuse and harassment as well, as long with other criminal activities being involved, along with stealing my material and making several bootlegs of my show and likeness.  I have spoken to entertainment lawyers, and I'm working on getting an actual patent and trademark for the show. They told me that wouldn't predicate or impede any claims of ownership without trademark. There is a fine line in terms of parody and stealing somebody's property and creation. The argument of fair use doesn't apply, because I've stated my ownership and reject any of my videos being displayed on any internet theme, unless they are placed by me or persons that have been given my release or blessings. Once again this wasn't the case, and I have restrained them and taking action accordingly to make sure that access to the videos are restricted and limited for only use at my discretion. I ask the courts to understand that authorization of any kind was never given to these individuals.

Certification of Service==  This will be mailed to the defendants on there said date of  06/07/10. What other information that is needed I will supply on this matter for the courts if necessary.

Relieve or Prayer Requested.   I'm asking the courts for punitive damages, meaning I'm not asking for any monetary or cash relief.  I'm only asking for relief from the courts to rule in my favor and set precedence on this matter. For any of these individuals to be charged in the future for any reuploads of these videos and make any ruling for any other future individuals trying to do the same, putting a halt to any of this action from taking place in the legal standings of the law. I will thank the courts for their cooperation in this matter in advance and their understanding on the delicate and stressful matter.

Sincerely,

George Alexander Yarid